OPINION — AG — THE TIME SPENT BY AN INMATE OF A PENAL INSTITUTION AS DESCRIBED BY YOU IN A MENTAL INSTITUTION FOR OBSERVATION WHILE HE WAS IN THE CUSTODY OF A COUNTY SHERIFF SHOULD BE COUNTED AS PART OF THE "JAIL TERM, IF ANY, SERVED PRIOR TO BEING RECEIVED AT THAT PENAL INSTITUTION" WHEN DURING THE INMATE'S STAY IN THE MENTAL INSTITUTION HE REMAINED IN THE ACTUAL OR CONSTRUCTIVE CUSTODY OF THE SHERIFF. CITE: 57 O.S. 1961 138 [57-138] (HUGH COLLUM)